**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-6340

———————

DOUGLAS A. REDLESKI,

Plaintiff - Appellant,

versus

LAWRENCE MILLER, Judge, Circuit Court of
Preston County, West Virginia,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (CA-03-58-2)

———————

Submitted:  June 24, 2004                Decided:  July 1, 2004

———————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Douglas A. Redleski, Appellant Pro Se.  John M. Hedges, BYRNE &
HEDGES, Morgantown, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Douglas A. Redleski appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000).  We have reviewed the record and find that this appeal is frivolous.  Accordingly, we dismiss the appeal on the reasoning of the district court.  See Redleski v. Miller, No. CA-03-58-2 (N.D.W. Va. Feb. 10, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED